RUBEN NAVA *in propria persona*

c/o RICHARD SUCH
Attorney at Law, sbn 46022
1120 College Ave. (upper)
Palo Alto, CA 94306
(415) 495-3119

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN NAVA,

    Petitioner

-vs-

DERRAL ADAMS, Warden

    Respondent

No. C 06-00392 MJJ

~~PROPOSED~~
ORDER GRANTING
*EX PARTE* MOTION
FOR ENLARGEMENT OF
TIME TO FILE TRAVERSE

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that petitioner may have until September 28, 2006 *7* , to file his Traverse to the Answer to Order to Show Cause.

Dated: 8/13/07

MARTIN J. JENKINS
United States District Judge