**FILED**

MAY - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN NAVA, | No. C06-00392 MJJ |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| DERMAL ADAMS, | |
| Respondent. | |

Petitioner, a California state prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petiton was denied on its merits. Petitioner has filed a notice of appeal and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner has not shown "that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of appealability is **DENIED**.

The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which Petitioner may also seek a certificate of appealability. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: May 8, 2008

MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE